1  AARON D. FORD
     Attorney General
2  MARY ANNE MARTIN, Bar No. 13267
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1254
   E-mail: MBMartin@ag.nv.gov

6
   *Attorneys for Defendants*
7  *Romeo Aranas, Renee Baker, Harold Bryne,*
   *Ronald Bryant, Gloria Carpenter, Jesse Cox,*
8  *Dwayne Deal, James Dzurenda, William Gittere,*
   *Sheryl Foster, Richard Healer, Paul Hunt, Tasheena*
9  *Sandoval, Scott Sisco, David Tristan, and Harold Wickham*

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12  JOSEPH ANTONETTI,
                                        Case No.  3:17-cv-00605-MMD-CLB
13              Plaintiff,
                                        **DEFENDANTS' MOTION FOR EXTENSION**
14  v.                                  **OF TIME TO REPLY TO PLAINTIFF'S**
                                        **RESPONSE TO MOTION FOR SUMMARY**
15  FILSON, et al.,                     **JUDGMENT (ECF NO. 63)**
                                        **(FIRST REQUEST)**
16              Defendants.

17          Defendants, Romeo Aranas, Renee Baker, Harold Bryne, Ronald Bryant, Gloria Carpenter, Jesse

18  Cox, Dwayne Deal, James Dzurenda, William Gittere, Sheryl Foster, Richard Healer, Paul Hunt,

19  Tasheena Sandoval, Scott Sisco, David Tristan, and Harold Wickham, by and through counsel, Aaron

20  D. Ford, Attorney General of the State of Nevada, and Mary Anne Martin, Deputy Attorney General,

21  hereby submit this Motion for Extension of Time to Reply to Plaintiff's Response to Motion For

22  Summary Judgment (ECF NO. 63). This is the first motion to extend the time for Defendants to reply to

23  Plaintiff's response to motion for summary judgment, and is based on Federal Rule of Civil Procedure

24  6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file

25  in this action.

26  / / /

27  / / /

28  / / /

1

1

### MEMORANDUM OF POINTS AND AUTHORITIES

2

**I.    ARGUMENT**

3

Defendants respectfully request a fifteen (15) day extension of time to file a reply to Plaintiff's

4 response to Motion for Summary Judgment (ECF No. 63). This is the first such request made by

5 Defendants. Recent quarantine measures imposed in response to the COVID-19 virus pandemic have

6 delayed Defendants' ability to timely reply; Governor Sisolak issued a "stay at home" directive on April

7 1, 2020 whereby Deputy Attorney Generals and other staff are required to utilize home based working

8 arrangements. As a result, the already limited staff at the Office of the Attorney General is rendered less

9 efficient due to constraints imposed by limited VPNs and lack of remote document access. Federal Rule

10 of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

11

12

13

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

14 Defendants' request will not hinder nor prejudice Plaintiff's case.  The requested fourteen day extension

15 of time should permit Defendants' counsel time to adequately reply to Plaintiff's response to their

16 motion for summary judgment. Given current briefing demands in other cases and limited staffing

17 within the Office of the Attorney General exacerbated by COVID-19 precautions, Defendants assert that

18 the requisite good cause/excusable neglect is present to warrant the requested extension of time.

19

For these reasons, Defendants respectfully request a fifteen (15) day extension of time from the

20 current deadline of May 21, 2020 to reply to Plaintiff's response to their motion for summary judgment

21 in this case, with a new deadline to and including Friday, June 5, 2020.

22

DATED this 20th day of May 2020.

23

24

AARON D. FORD
Attorney General

Dated:  May 21, 2020

25

IT IS SO ORDERED.

By:     _/s/Mary Anne Martin_

26

MARY ANNE MARTIN, BAR No. 13267
Deputy Attorney General

27

UNITED STATES MAGISTRATE JUDGE

*Attorneys for Defendants*

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of May, 2020, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 63) (FIRST REQUEST),** by U.S. District Court CM/CEF Electronic Filing on:

Joseph Antonetti, #84533
Lea County Correctional Facility (LCCF)
6900 W. Millen Drive
Hobbs, NM 88244

_____/s/Perla M. Hernandez_____
An employee of the
Office of the Attorney General

3